ACCEPTED
12-15-00177-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/11/2015 4:52:51 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-15-00177-CV

**IN THE COURT OF APPEALS**

**FOR THE**

**TWELFTH COURT OF APPEALS DISTRICT**

**AT TYLER, TEXAS.**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/11/2015 4:52:51 PM
CATHY S. LUSK
Clerk

**WALTER BOUNDS and wife, CAROLYN B. BOUNDS, Appellant,**

**VS.**

**JOHN THOMAS PRUD'HOMME, JOSEPH GILBERT PRUD'HOMME, JOSEPH LYNN PRUD'HOMME, PETER A. BREEN, Individually and as Successor Trustee of the BREEN FAMILY TRUST, JANET M. SUTRO, SUSAN E. BREEN, and TERRANCE E. BREEN, individually and d/b/a E. G. AND M. A. PRUD'HOMME BENEFICIARIES PARTNERSHIP, Appellee.**

*On Appeal from the 1st Judicial District Court
of San Augustine County, Texas.*

-------------------------------------------------------------------------------------------------

**FIRST MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF**

-------------------------------------------------------------------------------------------------

**TO THE SAID HONORABLE COURT OF APPEALS:**

**Now come WALTER BOUNDS, and wife, CAROLYN D. BOUNDS, the**

**Appellants and in the above styled and numbered matter, and JOHN THOMAS**

**PRUD'HOMME, JOSEPH GILBERT PRUD'HOMME, JOSEPH LYNN**

PRUD'HOMME, PETER A. BREEN, Individually and as Successor Trustee of the BREEN FAMILY TRUST, JANET M. SUTRO, SUSAN E. BREEN, and TERRANCE E. BREEN, individually and d/b/a E. G. AND M. A. PRUD'HOMME BENEFICIARIES PARTNERSHIP, the Appellees and Cross Appellants therein, and move the court for an extension of time within which to file Appellant's and Cross Appellants' briefs herein, and, in support thereof, would shown the court as follows:

**1.**

This motion is made by WALTER BOUNDS, and wife, CAROLYN D. BOUNDS, the Appellants, and JOHN THOMAS PRUD'HOMME, JOSEPH GILBERT PRUD'HOMME, JOSEPH LYNN PRUD'HOMME, PETER A. BREEN, Individually and as Successor Trustee of the BREEN FAMILY TRUST, JANET M. SUTRO, SUSAN E. BREEN, and TERRANCE E. BREEN, individually and d/b/a E. G. AND M. A. PRUD'HOMME BENEFICIARIES PARTNERSHIP, the Appellees and Cross-Appellants, in the above styled and numbered matter.

**2.**

Appellants' and Cross-Appellants' briefs are due to be filed on August 24, 2015.

**3.**

Appellants and Cross-Appellants request a 30 day extension of time for filing their briefs, thus creating a new due date for filing such brief of September 22, 2015.

**3.**

This is the Parties' first motion for an extension of time within which to file their briefs.

**4.**

An extension of time to file Appellant's brief is needed because counsel for Appellant is a sole practitioner and attention to counsel's calendar leave insufficient time for counsel to adequately prepare his brief within the time currently allowed.

**5.**

Counsel for Appellants and Appellee and Cross Appellant have conferred with each other in compliance with TEX. R. APP. P., 10.1(a)(5), and are in agreement to the granting this motion.

WHEREFORE, premises considered, Appellants and Cross-Appellants pray this court to enter its orders extending the time within which Appellants and Cross-Appellants may file their briefs herein to, and including September

22, 2015, and for such other orders as to the court may seem necessary or proper.

Respectfully Submitted:

Thomas R. McLeroy, Jr.
Bar No. 13766800
P. O. Box 668
Center, Texas 75935
(936) 598-2701
FAX (936) 598-6086

BY: _____
ATTORNEY FOR APPELLANT


Mr. Robert G. Hargrove
Osborn, Griffith & Hargrove
515 Congress Avenue, Suite 2450
Austin, Texas 78701
(512) 476-3529
(512) 476-8310
rob@texasenergylaw.com

BY: _____
ATTORNEY FOR APPELLEES
AND CROSS-APPELLANTS

## CERTIFICATE OF SERVICE

In compliance with TEX. R. APP. P., Rule 9.5, I hereby certify that service of the foregoing pleading was this date made upon counsel for all parties to this appeal as follows:

| Date | Manner of Service | Name and Address of Persons Served |
|------|-------------------|------------------------------------|
| 3/11/2015 | eservice | |

_____
Attorney for Appellant